

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COMMERCE GARDENS, L.L.C., | § | |
| Appellant, | § | No. 08-21-00084-CV |
| v. | § | Appeal from the |
| DAMON L. THOMPSON, | § | County Court at Law No. 3 |
| Appellee. | § | of Bexar County, Texas |
| | § | (TC# 2020CV04661) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH OF JUNE, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.